Minute Order Form (rev. 4/99)

**MAGISTRATE JUDGE GERALDINE SOAT BROWN**  **JUDGE LEINENWEBER**

United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | **08CR 334** | Sitting Judge if Other Than Assigned Judge | Maria Valdez |
|---|---|---|---|
| CASE NUMBER | 08 GJ 0185 | DATE | APRIL 22, 2008 |
| CASE TITLE | US v. JERMEL POPE & MARY MICHELLE JEFFERSON | | |

Motion: (In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd - party plaintiff, and (b) state briefly the nature of the motion being presented.)

### GRAND JURY PROCEEDING

**SPECIAL FEBRUARY 2008-1**

The Grand Jury for the _____ Session, a quorum being present, returns the above entitled indictment in open Court this date before

Judge or Magistrate Judge _Maria Valdez_

**Docket Entry:**

TO ISSUE BENCH WARRANT. THE GOVERNMENT WILL SEEK TO HAVE THE DEFENDANT DETAINED WITHOUT BOND PURSUANT TO TITLE 18, UNITED STATES CODE, SECTION 3142 AS TO JERMEL POPE. DEFENDANT IS CURRENTLY IN STATE CUSTODY. BOND SET BY MAGISTRATE TO STAND AS BOND IN THIS INSTANCE AS TO MARY MICHELLE JEFFERSON.

**RECEIVED**

APR 22 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

SIGNATURE OF JUDGE _____ (ONLY IF FILED
OR MAGISTRATE JUDGE UNDER SEAL)

| | | | Number of notices | DOCKET# |
|---|---|---|---|---|
| | No notices required, advised in open court. | | Date docketed | |
| | No notices required. | | Docketing | |
| | Notices mailed by judge's staff. | | dpty. initials | |
| | Notified counsel by telephone. | | Date mailed | |
| | Docketing to mail notices | | notice | |
| | Mail AO 450 form. | | Mailing | |
| | Copy to judge/magistrate judge. | | dpty. initials | |
| | Courtroom Deputy Initials | Date/time received in Central Clerk's office | | |