## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
### ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number:  08 CR 334-2 |
|---|---|
| United States v. Mary Michelle Jefferson | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Mary Michelle Jefferson

| |
|---|
| NAME (Type or print)<br>Gregory T. Mitchell |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Gregory T. Mitchell |
| FIRM<br>Law Office of Gregory T. Mitchell, P.C. |
| STREET ADDRESS<br>18141 Dixie Highway, Suite 111 |
| CITY/STATE/ZIP<br>Homewood, Illinois 60430 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6195711 (ARDC) | TELEPHONE  NUMBER<br>(709) 799-9325 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |

| |
|---|
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?  YES ✓  NO ☐ |

| |
|---|
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br><br>RETAINED COUNSEL ✓      APPOINTED COUNSEL ☐ |