IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 08 CR 334-2 |
| v. | ) | |
| | ) | Judge Harry D. Leinenweber |
| MARY MICHELLE JEFFERSON | ) | |

**NOTICE OF FILING**

To:    Scott R. Drury, Assistant U.S. Attorney
       Office of the United States Attorney
       219 South Dearborn Street
       Chicago, Illinois  60604

       Please take notice that on the  28TH day of April, 2008, Attorney Gregory T.
Mitchell electronically filed his **ATTORNEY APPEARANCE** on behalf of defendant
MARY MICHELLE JEFFERSON, with the Clerk of Court, Northern District of Illinois,
Dirksen Federal Building, 219 South Dearborn, Chicago, Illinois a copy of which is
served upon you.


                                    */s/ Gregory T. Mitchell*
                                    Gregory T. Mitchell
                                    Attorney for Mary Michelle Jefferson

Law Office of Gregory T. Mitchell, P.C.
18141 Dixie Highway, Suite 111
Homewood, Illinois 60430
(708) 799-9325

## CERTIFICATE OF SERVICE

I, Gregory T. Mitchell, an attorney licensed to practice before the Federal Bar, do certify that I caused copies of the attached

## ATTORNEY APPEARANCE

to be served electronically on the below listed party pursuant to Fed.R.Crim.P.49, Fed.R.Civ. P. 5 and L.R. 5.5, and the General Order on Electronic Filing of the United States District Court for the Northern District of Illinois, Eastern Division.

Scott R. Drury, Assistant U.S. Attorney
Office of the United States Attorney
Dirksen Federal Building, 5th Floor
219 South Dearborn Street
Chicago, Illinois  60604

on this 28th day of April before 4:30 p.m.

_/s/Gregory T. Mitchell_
Gregory T. Mitchell