# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Harry D. Leinenweber | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 334 - 2 | **DATE** | 5/1/2008 |
| **CASE TITLE** | United States of America vs. Mary Michelle Jefferson | | |

**DOCKET ENTRY TEXT**

Arraignment held. Defendant enters plea of not guilty. 16.1(A) Conference to be held by 5/22/2008. Status hearing set for 5/21/2008 at 9:00 a.m. Enter excludable delay in the interest of justice to begin 5/1/2008 and end 5/21/2008 pursuant to 18:3161(h)(8)(A)(B). (X-T)

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | WAP |
|---|---|---|

# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Harry D. Leinenweber | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 334 - 2 | **DATE** | 5/1/2008 |
| **CASE TITLE** | United States of America vs. Mary Michelle Jefferson | | |

**DOCKET ENTRY TEXT**

Arraignment held. Defendant enters plea of not guilty. 16.1(A) Conference to be held by 5/22/2008. Status hearing set for 5/21/2008 at 9:00 a.m. Enter excludable delay in the interest of justice to begin 5/1/2008 and end 5/21/2008 pursuant to 18:3161(h)(8)(A)(B). (X-T)

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | WAP |
|---|---|---|