## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Harry D. Leinenweber | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 334 - 2 | **DATE** | 8/28/2008 |
| **CASE TITLE** | United States of America vs. Mary Michelle Jefferson | | |

**DOCKET ENTRY TEXT**

Filed Plea Declaration. Defendant withdraws plea of not guilty. Defendant enters a blind plea of guilty to the one count indictment. Defendant informed of rights. Judgment of guilty entered. Cause referred to the probation department for a presentence investigation. Sentencing set for 12/17/2008 at 9:45 a.m.

Docketing to mail notices.

00:25

Courtroom Deputy Initials: WAP